THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Vogel,<br><br>            Plaintiff,<br><br>     vs.<br><br>Lakeview Village Corp., et al.,<br><br>            Defendants. | Case No. 2:14-cv-05784-DMG-FFM<br><br>**Order re Dismissal**<br>**[28]** |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Martin Vogel and defendants Lakeview Village Corp. and Beth M. Hansen, Trustee of the Lifetime Benefits Trust for Zina Troussard,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety as to all parties.

DATED:  November 3, 2014            _____
                                                         DOLLY M. GEE
                                            UNITED STATES DISTRICT JUDGE